JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE WILLIAMS,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:22-cv-01294-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14). |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 27, 2023 to May 26, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of March 27, 2023 and April 3, 2023, Counsel currently has 31 merit briefs, and several letter briefs and reply briefs.  This includes cases that undersigned counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence.  Additional time is needed to thoroughly brief this matter for the Court.

1

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours for the months of December 2022 through March 2023 (with a possible extension of parental leave).

Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 27, 2023          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: March 27, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  */s/ L. Jamala Edwards*
L. Jamala Edwards
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 27, 2023)

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Based on the parties' stipulation (ECF No. 14), Plaintiff shall file Plaintiff's motion for summary judgment by May 26, 2023. All other dates in the Court's scheduling order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   __**March 28, 2023**__                   ____/s/ Erica P. Grosj____

                                         UNITED STATES MAGISTRATE JUDGE