PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
KRISTEN E. CUSICK, (CSBN-298436)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-2392
Kristen.Cusick@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 1:22-cv-01294-EPG<br><br>ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against

1

Defendant, reversing the final decision of the Commissioner.

      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

      DATED August 9, 2023

Respectfully submitted,

*/s/  Jonathan O. Pena*
JONATHAN O. PENA
Attorney for Plaintiff
*Authorized via e-mail on August 9, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: s/ *Kristen E. Cusick*
KRISTEN E. CUSICK
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Attorneys for Defendant

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

Based upon the parties' stipulation (ECF No. 19), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: __August 14, 2023__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE